AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **I. Person Reporting** (last name, first, middle initial)<br><br>Aspen, Marvin E. | **2. Court or Organization**<br><br>U.S. DISTRICT COURT | **3. Date of Report**<br><br>06/21/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT J | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>219 SOUTH DEARBORN STREET<br>ROOM 2578<br>CHICAGO, IL 60604 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF DIRECTORS | AMERICAN BAR ASSOCIATION/AMERICAN BAR ASSOCIATION RETIREMENT FUNDS |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Aspen, Marvin E.**

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | STATE OF ILLINOIS (PENSION) | $23,144.52 |
| 2. 2010 | THE RUTTER GROUP (ROYALTIES) | $3,708.01 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 2/11-2/15/10 | San Diego, CA | Meeting | Travel-related expenses/coach air; hotel; meals |
| 2. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 2/23-2/27/10 | Lainai, HA | Meeting | Travel-related expenses/coach air, hotel, meals |
| 3. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 8/5-9/10 | San Francisco, CA | Meeting | Travel-related expenses/coach air, hotel, meals |
| 4. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 9/21-9/26/10 | Philadelphia, PA | Meeting | Travel-related expenses/coach air, hotel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/21/2011 |

| 5. | AMERICAN BAR ASSOCIATION AND ABA RETIREMENT FUNDS | 12/1-5/10 | Key Biscayne, FL | Meeting | Travel-related expenses/coach air, hotel, meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/21/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  J. P. MORGAN CHASE | C | Interest | M | T | | | | | |
| 2.  FIRST BANK OF HIGHLAND PARK | A | Interest | J | T | | | | | |
| 3.  AMERICAN TELEPHONE & TELEGRAPH CO. (COMMON STOCK) | A | Dividend | K | T | Buy | 01/27/10 | K | | |
| 4.  EXXON MOBIL CORPORATION (COMMON STOCK) | B | Div | L | T | | | | | |
| 5.  PACIFIC GAS & ELECTRIC CO. (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 6.  PFIZER, INC. (COMMON STOCK) | C | Div | L | T | Buy | 01/27/10 | K | | |
| 7.  COMMERCIAL BUILDING, NORTHBROOK, IL (LTD PTNRSHP) | D | Dividend | L | U | | | | | |
| 8.  SBC COMMUNICATIONS (COMMON STOCK) | B | Div | | | Sold | 07/21/10 | K | B | |
| 9.  BELL SOUTHERN (COMMON STOCK) | B | Div | | | Sold | 01/27/10 | K | B | |
| 10. BSV (LIMITED PARTNERSHIP) | F | Dividend | L | U | | | | | |
| 11. MICROSOFT CORP. | A | Dividend | L | T | Buy | 07/21/10 | L | | |
| 12. NASDAQ 100 TRUST SERI | A | Dividend | J | T | | | | | |
| 13. MANUAL FINANCIAL CORP | A | Dividend | J | T | | | | | |
| 14. IDEARS, INC. X | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 15. INTEGRYS ENERGY GROUP X | A | Dividend | | | Sold | 07/21/10 | J | A | |
| 16. INTEL CORP X | A | Dividend | J | T | | | | | |
| 17. LSI CORP X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MORGAN STANLEY X | A | Dividend | | | Sold | 04/13/10 | J | A | |
| 19. MOTOROLA X | A | Dividend | J | T | | | | | |
| 20. P & G CORP X | B | Dividend | K | T | | | | | |
| 21. RELIANT ENERGY, INC. X | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 22. TEREX CORP X | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 23. WEATHERFORD INT. LTD. X | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 24. ALL STATE CORP X | A | Dividend | J | T | | | | | |
| 25. CONNOCO PHILLIPS X | A | Dividend | J | T | | | | : | |
| 26. GENERAL EELECTRIC CO X | A | Dividend | J | T | | | | | |
| 27. EMBARQ CORP. X | A | Dividend | | | Sold | 01/27/10 | J | A | |
| 28. HEWLETT PACKARD CO. X | A | Dividend | J | T | | | | | |
| 29. SPRINT NEXTEL CORP. X | A | Dividend | J | T | | | | | |
| 30. TEXAS INSTRUMENTS INC X | A | Dividend | J | T | | | | | |
| 31. VIACOM INTL. X | A | Dividend | J | T | | | | | |
| 32. FIDELITY MUTUAL FUND X | B | Dividend | K | T | | | | | |
| 33. DREYFUS MUTUAL FUND X | B | Dividend | K | T | | | | | |
| 34. SIT INVESTMENT ASSOC. MUTUAL FUND X | B | Dividend | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Aspen, Marvin E. | 06/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WATER TECH INC. | A | Dividend | J | T | Buy | 10/20/10 | J | | |
| 36. WESTERN DIGITAL CORP | A | Dividend | J | T | Buy | 07/21/10 | J | | |
| 37. JABIL CIRCUIT INC. | A | Dividend | J | T | Buy | 04/16/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544